```
WO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Inga K. McCord, | ) | CV-14-2411-TUC-DCB |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Plaintiff's Attorney's Motion for Attorney Fees Under 42 U.S.C. § 406(b) (EAJA). Defendant, after due consideration, does not object.

Accordingly,

IT IS ORDERED that the unopposed motion (Doc. 35) is GRANTED and Plaintiff's attorney Meghan McNamara Miller is awarded $19,000.00 (nineteen thousand dollars and zero cents) in attorney fees under 42 U.S.C. § 406(b).

DATED this 10th day of April, 2017.

David C. Bury
United States District Judge